Judgment in each case affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

WILLIAM C. PARROTT, Respondent, *v.* HARRY J. SMITH, Appellant.

*Libel — alleged libelous statements in letter written by defendant, plaintiff's former employer, to his present employers — defense that statements were privileged and believed to be true.*

*Parrott v. Smith,* 222 App. Div. 713, affirmed.

(Argued June 1, 1928; decided June 19, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 7, 1927, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict. The action was to recover damages for an alleged libelous letter written by defendant, who had formerly employed plaintiff, to the plaintiff's present employers. The defenses were that the letter was a privileged communication and that the defendant had reasonable ground for believing the statements therein contained to be true.

*Richard R. Martin* for appellant.

*Willard R. Pratt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.